## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LEWIS-BURKE ASSOCIATES LLC,

        Plaintiff,

        v.

JOEL WIDDER,

        Defendant.

Civil Action No. 09-302 (JMF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that defendant's <u>Motion to Dismiss</u> [#38], as it pertains to plaintiff's CFAA claim is **GRANTED**. It is further, hereby,

**ORDERED** that <u>Plaintiff's Motion to Amend Complaint</u> [#42] is **GRANTED**. It is further, hereby,

**ORDERED** that defendant's <u>Motion to Dismiss</u> the case for lack of subject-matter jurisdiction is **DENIED**. It is further, hereby,

**ORDERED** <u>Plaintiff's Motion *In Limine*</u> [#32] is **GRANTED IN PART** and **DENIED IN PART**. It is further, hereby,

**ORDERED** that a status conference and evidentiary hearing in this case will be set.

**SO ORDERED.**

                                JOHN M. FACCIOLA
                                UNITED STATES MAGISTRATE JUDGE